UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 18-0105 (PLF) |
| ) | |
| SAMIRA JABR, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that Ms. Jabr's motion for judgment of acquittal [Dkt. No. 23] is GRANTED as to the substantive charge of entering or remaining in a restricted building or ground under 18 U.S.C. § 1752(a)(1); it is

FURTHER ORDERED that Ms. Jabr's motion for judgment of acquittal [Dkt. No. 23] is DENIED as to the offense of attempting to enter or remain in a restricted building or ground under 18 U.S.C. § 1752(a)(1); it is

FURTHER ORDERED that Ms. Jabr is found GUILTY of the misdemeanor of attempting to violate 18 U.S.C. § 1752(a)(1); and it is

FURTHER ORDERED that the parties shall meet and confer about scheduling a sentencing hearing. The parties shall file a status report on or before June 14, 2019 proposing several dates for sentencing. The status report shall also indicate whether the parties request that the Probation Office prepare a Presentence Investigation Report in advance of the hearing or whether they believe the Court can proceed without one.

SO ORDERED.

DATE: 5/16/19

PAUL L. FRIEDMAN
United States District Judge